No. 86–5742.   WASHINGTON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 86–5761.   BRATTON-BEY *v.* COMPTROLLER OF THE TREASURY.   Ct. Sp. App. Md.   Certiorari denied.

No. 86–5768.   OSGOOD *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 85–1821.   UTAH ET AL. *v.* UTE INDIAN TRIBE.   C. A. 10th Cir.   Motion of Santa Fe Mining, Inc., for leave to file a brief as *amicus curiae* granted.   Motion of the Solicitor General for leave to file supplemental memorandum as *amicus curiae* granted. Certiorari denied.

No. 86–72.   R. L. PAYNE CO., INC. *v.* MALQUIST ET AL.   Sup. Ct. Mont.   Motion of respondent Dale H. Malquist for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 86–173.   HARRIS *v.* ATTORNEY GENERAL OF VIRGINIA ET AL.   C. A. 4th Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 86–602.   PEARSON TRUCKING & RIGGING, INC. *v.* HICKS, DBA HICKS ENGINEERING CO.   Sup. Ct. Nev.   Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 86–218.   WALKER ET AL. *v.* ROWE ET AL.   C. A. 7th Cir. Motion of Sam Bivins et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 86–250.   BOWEN, WARDEN, ET AL. *v.* PEOPLES.   C. A. 11th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 86–553.   CONNECTICUT *v.* WHELAN.   Sup. Ct. Conn.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–584.   CALIFORNIA *v.* TYBERG.   Ct. App. Cal., 4th App. Dist.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.